**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WILSON MAHMOOD** | ' | |
| | ' | |
| **Plaintiff,** | ' | |
| | ' | |
| **v.** | ' | **Civil Action No. 3:11-CV-3054-M-BK** |
| | ' | |
| **BANK OF AMERICA, N.A.,** | ' | |
| | ' | |
| **Defendant.** | ' | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation

in this case.  No objections were filed.  The District Court reviewed the proposed findings,

conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of February, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS